```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────
HOUSTON CASUALTY COMPANY,

                   Plaintiff,           23-cv-5951 (JGK)

         - against -                    ORDER

UTICA NATIONAL ASSURANCE COMPANY,
ET AL.,

                   Defendants.
──────────────────────────────────────
```

Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendants to answer was August 17, 2023. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **September 15, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff is directed to serve a copy of this Order on the defendants and to file proof of such service on the docket by **September 1, 2023.**

**SO ORDERED.**

**Dated:**   **New York, New York**
            **August 25, 2023**             ____/s/ John G. Koeltl____
                                                **John G. Koeltl**
                                       **United States District Judge**