UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSTON CASUALTY COMPANY,      23-cv-5951 (JGK)

        Plaintiff,      <u>ORDER</u>

- against -

UTICA NATIONAL ASSURANCE COMPANY, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 2, 2023.

SO ORDERED.

Dated:    New York, New York
         September 18, 2023

                              _____
                                John G. Koeltl
                          United States District Judge