UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HOUSTON CASUALTY COMPANY,
                    Plaintiff(s)

                    23 civ 5951 (JGK)

        -against-

UTICA NATIONAL ASSURANCE COMPANY,
                    Defendant(s).
-----------------------------------------------------------X

## ORDER

A scheduling order having been entered on October 2, 2023,

The November 8, 2023 conference is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 1, 2023